NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLUMINA, INC.,**
*Plaintiff-Appellant*

v.

**ARIOSA DIAGNOSTICS, INC.,**
*Defendant-Appellee*

---

**2014-1815**

---

Appeal from the United States District Court for the Northern District of California in No. 14-CV-01921, Judge Susan Illston.

---

Before WALLACH, CLEVENGER, and TARANTO, *Circuit Judges.*

**O R D E R**

In order to resolve uncertainty affecting our jurisdiction, we remand the case to the district court to afford Appellant Illumina, Inc. the opportunity to move to compel arbitration. The district court may take such action as is appropriate.

Accordingly,

IT IS ORDERED THAT:

    The case is vacated and remanded to the district court for further proceedings consistent with this order.

                                            FOR THE COURT

  June 23, 2015                   /s/ Daniel E. O'Toole
     Date                       Daniel E. O'Toole
                               Clerk of Court